**Order entered May 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00515-CV

## IN RE CHRISTOPHER ROBINSON, Relator

### On Appeal from the 59th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. 08-1695-059

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** this petition for writ of mandamus and **LIFT** the stay imposed by our order of April 17, 2013. We **ORDER** that relator bear the costs of this original proceeding.

/s/  DOUGLAS S. LANG
    JUSTICE